UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEO GONZALEZ**<br><br>    Petitioner,<br><br>v.<br><br>**RANDY GROUNDS**<br><br>    Warden, Correctional Training Facility,<br>    Respondent. | Case No.: 3:10-CV-05804-WHA<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO REPLY TO THE MOTION TO DISMISS<br><br>Judge: Hon. William Alsup |

   Having reviewed Petitioner Leo Gonzalez's submissions and GOOD CAUSE appearing therefor,

   IT IS HEREBY ORDERED THAT:

   Petitioner's time to reply to the motion to dismiss is enlarged until May 23, 2011.

Dated: May 9, 2011

_____
Hon. William Alsup
United States District Judge