United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO GONZALEZ, | No. C 10-5804 WHA |
| Petitioner, | |
| vs. | **ORDER REGARDING REPLY BRIEF** |
| WARDEN RANDY GROUNDS, | |
| Respondent. | |

Respondent has moved to dismiss the petition in this matter. Pursuant to the order to show cause, a reply brief in support was due by June 7, 2011. No reply brief was received. Respondent's counsel shall have until **JUNE 14, 2011**, to file such reply. If no reply is received, the motion will be considered ripe for consideration without one.

**IT IS SO ORDERED.**

Dated: June 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE