# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**LEO GONZALEZ**

    Petitioner-Appellant,

v.

**RANDY GROUNDS**

    Warden, Correctional Training Facility,
    Respondent-Appellee.

Case No.: 3:10-CV-05804-WHA

**ORDER EXTENDING TIME TO FILE FORMA PAUPERIS**

Judge: Hon. William Alsup

It appearing that the petitioner's delay in taking his appeal in this case is the result of good cause.

It is HEREBY ORDERED that the time within which the petitioner may file forma pauperis is hereby extended to and including August 16, 2011, which date is not more than 30 days beyond the expiration of the original time for appeal.

Date: July 13, 2011.

