# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**LEO GONZALEZ**

    Petitioner-Appellant,

v.

**RANDY GROUNDS**

    Warden, Correctional Training Facility, Respondent-Appellee.

Case No.: 3:10-CV-05804-WHA

**ORDER EXTENDING TIME TO FILE FORMA PAUPERIS**

Judge: Hon. William Alsup

    Good cause appearing,

    It is HEREBY ORDERED that the time within which the petitioner may file forma pauperis is hereby extended to and including September 15, 2011.

    Counsel shall make further efforts to contact their client to get the necessary information.

    There will be no further extensions.

Dated: August 18, 2011.

                                         WILLIAM ALSUP
                                         U.S. District Judge